UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  05-286M |
| v. ) | |
| ) | |
| TAIS CHI HULOGRAM, a/k/a ) | DETENTION ORDER |
| Chi Yung Ng, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

Mail Fraud (18 U.S.C. § 1341).

<u>Date of Detention Hearing</u>:    June 27, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    In the Complaint for Violation filed June 7, 2005, it is alleged defendant did knowingly and willfully devise and intend to devise a material scheme and artifice to defraud and to obtain money and property through materially fraudulent pretenses, representations, and

promises.

(2) Defendant reported he has been transient, specifically, living in his van since March 2004, and has not had a stable residence.

(3) Defendant withdrew his request for release after the Court indicated a willingness to consider a halfway house supervision, but imposed restrictions on the pretrial use of computers and the Internet.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of June, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge